UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WESTERN WYVERN CAPITAL
INVESTMENTS LLC,

    Plaintiff,
v.                                                                                             Case No. 8:22-cv-191-WFJ-SPF

BANK OF AMERICA, N.A.,

    Defendant.
_____/

## **ORDER**

Before the Court is Defendant Bank of America, N.A.'s Renewed Motion to Tax Costs and proposed bill of costs (Dkts. 178; 178-1, 178-2) and United States Magistrate Judge Flynn's well-reasoned and thorough report and recommendation (Dkt. 189). Judge Flynn recommends that the motion be granted in part and denied in part. The time for filing objections has passed.

The Court reviews the legal conclusions *de novo* in the absence of an objection. *See LeCroy v. McNeil*, 397 F. App'x 554, 556 (11th Cir. 2010) (citation omitted); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994). For the reasons explained in the Report and Recommendation, and in conjunction with an independent examination of the file, the Court rules as follows:

    1. The Report and Recommendation (Dkt. 189) is adopted, confirmed, and approved in all respects and made a part of this order.

2. Defendant's renewed motion to tax costs (Dkt. 178) is granted in part and denied in part as set forth in more detail in the Report and Recommendation at docket 189.  Defendant is awarded $20,316.45 in taxable costs under § 1920, comprised of $15,285.00 for deposition transcripts, $4,146.00 in court reporter fees, and $222.00 for the summary judgment hearing transcript, $268.00 for costs of service; and $395.20 in copy costs.  The motion is otherwise denied.

3. The Clerk is directed to enter a cost judgment or bill of costs in accordance with this order under Rule 54(d)(1) and 28 U.S.C. § 1920 in favor of Defendant Bank of America, N.A. and against Plaintiff in the total amount of $20,316.45.

**DONE AND ORDERED** at Tampa, Florida, on September 22, 2025.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO:**
Counsel of record